IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          <u>NOTICE</u>

v.          **Case No. 2:23-cr-65**

         **Judge Edmund A. Sargus, Jr**

**FRED T. LEE,**

        **Defendant.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court          **Courtroom No. 311**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard          **April 10, 2023 at 10:00 A.M.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**

DATE:  March 23, 2023

          /s /   Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk